# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ERIC GRIEGO and THE GRIEGO AGENCY, LLC,**

Plaintiffs,

and

**NEW MEXICO FOUNDATION FOR OPEN GOVERNMENT,**

Intervenor-Appellee,

v.                                                                                          **NO. 28,899**

**NEW MEXICO TAXATION AND REVENUE DEPARTMENT, RICK HOMANS, SECRETARY OF TAXATION AND REVENUE DEPARTMENT, and CUSTODIAN OF RECORDS FOR TAXATION AND REVENUE DEPARTMENT,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Valerie M. Huling, District Judge**

Michael L. Danoff & Associates PC
Michael L. Danoff
Albuquerque, NM

Deborah S. Seligman
Albuquerque, NM

for Eric Griego & The Griego Agency, LLC
Patrick J. Rogers

Albuquerque, NM

for Appellee NM Foundation for Open Government

NM Taxation & Revenue Department
Legal Services Bureau
Carolyn A. Wolf
Santa Fe, NM

for Appellant Taxation & Revenue Department

Lewis J. Terr
Santa Fe, NM

for Appellant Rick Homans

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

In this Court's notice of proposed summary disposition, we proposed to affirm the district court. Defendants have not filed a memorandum in opposition to our proposed disposition, and the time to do so has passed. Therefore, for the reasons stated in the notice of proposed summary disposition, we affirm.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**


_____
**JONATHAN B. SUTIN, Judge**